UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NICOLS LEE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   Case No. 4:21-cv-00085-JAR |
| C R BARD INCORPORATED, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Upon review of the parties' Joint Scheduling Plan, (Doc. No. 25),

**IT IS HEREBY ORDERED** that a telephone status conference is set for **Thursday, March 25, 2021 at 2:30 p.m., central standard time.** The parties are directed to call the conference line toll free at **1-877-810-9415**. The access code to enter the telephone conference is: **7519116**.

Dated this 18th day of March, 2021.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE